MORRIS ROBINSON, Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Robinson* v. *Metropolitan L. Ins. Co.,* 1 App. Div. 269, affirmed.
(Submitted November 30, 1898; decided January 10, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered respectively February 8 and 6, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Edward M. Grout* for appellant.

*Thomas F. Magner* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.